

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00463-CR

Gail **MAYBERRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 09-05-0041-CRW
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to delete any assessment of court-appointed attorney's fees against Gail Mayberry. The trial court's judgment is AFFIRMED AS MODIFIED. The trial court clerk is ORDERED to prepare and file in this case a corrected bill of costs showing that no fine, restitution, or court-appointed attorney's fees are assessed against Gail Mayberry.

Nohl Bryant's motion to withdraw is GRANTED.

SIGNED April 10, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice